# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Vyskocil, Mary Kay | US District Court for the Southern District of New York | 08/19/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Judge Full-Time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

United States Bankruptcy Court
Alexander Hamilton U.S. Custom House
One Bowling Green
New York, New York 1004

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | Federal Bar Council |
| 2. | Director | Sanctuary for Families |
| 3. | Trustee | St. Joseph's Seminary |
| 4. | Trustee Emeritus | Dominican College |
| 5. | Director, Vice President and Executive Committee Member | Judges and Lawyers Breast Cancer Alert ("JALBCA") |
| 6. | Trustee | Historical Society of New York Courts |
| 7. | Director and Past President | St. John's University School of Law Alumni Association |
| 8. | Director and Vice President | NYC Co-op Board |
| 9. | Trustee and Clerk | Cape Cod Condo Board |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1990 | Simpson Thacher & Bartlett -- Retirement Plan under partnership Agreement (with former law firm)--Unfunded Pension Plan and equity payout |
| 2. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 08/19/2019 |

3.

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 08/19/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Simpson Thacher & Bartlett LLP -- Partner Pension | $1,734,946.00 |
| 2. 2018 | New York State Breeder's Awards | $2,402.51 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 08/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 425 Private Fund I, LLC | F | Dividend | N | T | | | | | |
| 2. CTC Madison Fund at Millennium Trust - IRA | | None | | | Closed | 07/03/18 | J | | |
| 3. STB, LLP PROFIT SHARING PLAN- FIDELITY (H) | | | | | | | | | |
| 4. WT CIF II CR PL BD 1 | A | Dividend | J | T | | | | | |
| 5. TRP Equity Income | E | Dividend | M | T | | | | | |
| 6. MIP II CL 2 | A | Dividend | J | T | | | | | |
| 7. Rothschild SMCP Core | | None | K | T | | | | | |
| 8. FID 500 Index IPR | E | Dividend | P1 | T | | | | | |
| 9. STB SUPP PROFIT SHARING PLAN- FIDELITY (H) | | | | | | | | | |
| 10. WT CIF II CR PL BD 1 | A | Dividend | K | T | | | | | |
| 11. TRP Equity Income | E | Dividend | M | T | | | | | |
| 12. MIP II CL 2 | A | Dividend | J | T | | | | | |
| 13. FID Intm Govt Income | A | Dividend | J | T | | | | | |
| 14. Rothschild SMCP Core | | None | L | T | | | | | |
| 15. FID 500 Index IRP | E | Dividend | P1 | T | | | | | |
| 16. MERRILL LYNCH HSA (H) | | | | | | | | | |
| 17. Black Rock Global FD Inc A | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Vyskocil, Mary Kay | 08/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ML Bank Deposit Program | A | Interest | K | T | | | | | |
| 19. IShares S&P 500 Index | C | Dividend | J | T | | | | | |
| 20. Black Rock Global FD Inc C | | None | K | T | | | | | |
| 21. TRANSAMERICA IRA (H) | | | | | | | | | |
| 22. TFLIC Fixed | A | Dividend | J | T | | | | | |
| 23. Transamerica Partners Large Growth | | None | J | T | | | | | |
| 24. JP Morgan Chase - Cash Accounts | A | Interest | N | T | | | | | |
| 25. Citibank, N.A. - Cash Accounts | D | Interest | P2 | T | | | | | |
| 26. People's United Bank- Cash Accounts | D | Interest | P1 | T | | | | | |
| 27. Western Asset NY Tax- Free MMF CL N | B | Dividend | M | T | | | | | |
| 28. FIDELTY IRA (H) | | | | | | | | | |
| 29. Vanguard 500 Index Fund Investors Shares | E | Dividend | K | T | | | | | |
| 30. FIDELITY BROKERAGE #1 (H) | | | | | | | | | |
| 31. American Growth Fund of America, Class F1 | G | Dividend | N | T | | | | | |
| 32. Dodge & Cox Stock | F | Dividend | N | T | | | | | |
| 33. Fidelity NY AMT Free MMKT Inst Class | A | Dividend | M | T | | | | | |
| 34. Fidelity NY Muni Money Market Fund | A | Dividend | P1 | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 08/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Royce Total Return Fund Investment Class | | None | N | T | | | | | |
| 36. Fidelity 500 Index Premium Class n/k/a Fidelity 500 Index Fund | F | Dividend | M | T | | | | | |
| 37. SPDR S&P Midcap 400 ETF TR UT SER1 | G | Dividend | N | T | | | | | |
| 38. Tweedy Browne Global Value Fund | E | Dividend | M | T | | | | | |
| 39. Vanguard 500 Index Fund Investor Shares | E | Dividend | K | T | | | | | |
| 40. Baron Growth Fund | G | Dividend | N | T | | | | | |
| 41. Fidelity Government Money Market Fund | A | Dividend | J | T | | | | | |
| 42. FIDELITY BROKERAGE #2 (H) | | | | | | | | | |
| 43. American Beacon Large Cap Investor | C | Dividend | J | T | | | | | |
| 44. American Europacific Growth Fund Class F2 | D | Dividend | K | T | | | | | |
| 45. Deutsche NY Tax Free Income Fund | C | Dividend | M | T | Buy (add'l) | 01/18/18 | J | | |
| 46. | | | | | Sold (part) | 03/15/18 | K | | |
| 47. | | | | | Sold (part) | 09/17/18 | K | A | |
| 48. | | | | | Sold (part) | 12/18/18 | J | A | |
| 49. | | | | | Sold (part) | 12/20/18 | J | A | |
| 50. Deutsche Short-Term Muni Bond Fund S | A | Dividend | | | Sold | 01/18/18 | K | | |
| 51. Fidelity Government Cash Reserves Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 08/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fidelity Advisor New Insights Class 1 | E | Dividend | L | T | | | | | |
| 53. Fidelity Municipal Income Fund | D | Dividend | M | T | Buy (add'l) | 01/18/18 | K | | |
| 54. | | | | | Sold (part) | 03/15/18 | K | | |
| 55. | | | | | Sold (part) | 09/17/18 | L | | |
| 56. FIMM Government Portfolio Instl CL | A | Dividend | | | Sold (part) | 01/17/18 | L | | |
| 57. | | | | | Sold | 07/17/18 | L | | |
| 58. Harbor International Institutional Fund | | None | | | Sold | 08/30/18 | J | C | |
| 59. IShares Russell 1000 Growth ETF | | None | L | T | Sold (part) | 01/19/18 | J | C | |
| 60. | | | | | Buy | 09/18/18 | J | | |
| 61. | | | | | Sold | 10/17/18 | J | | |
| 62. | | | | | Buy | 12/19/18 | K | | |
| 63. | | | | | Buy (add'l) | 12/21/18 | K | | |
| 64. ISHARES S&P Smallcap 600 Value | B | Dividend | K | T | Buy (add'l) | 09/18/18 | J | | |
| 65. | | | | | Sold (part) | 10/17/18 | J | | |
| 66. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 67. ISHARES Russell 1000 Value ETF | E | Dividend | K | T | Sold (part) | 01/19/18 | J | B | |
| 68. | | | | | Buy (add'l) | 10/17/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 08/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 12/19/18 | K | | |
| 70. MFS International Diversification Fund | D | Dividend | K | T | | | | | |
| 71. MFS International Value Fund | D | Dividend | K | T | | | | | |
| 72. MFS Research International Fund | A | Dividend | J | T | | | | | |
| 73. Nuveen NY Municipal Bond Fund | D | Dividend | M | T | Buy (add'l) | 03/15/18 | K | | |
| 74. | | | | | Buy (add'l) | 05/11/18 | J | | |
| 75. | | | | | Sold (part) | 09/17/18 | L | | |
| 76. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 77. Oppenheimer International Growth Fund | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |
| 78. | | | | | Buy (add'l) | 08/30/18 | J | | |
| 79. | | | | | Buy (add'l) | 09/17/18 | K | | |
| 80. | | | | | Sold (part) | 10/16/18 | K | | |
| 81. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 82. Royce PA Mutual Fund Service | | None | | | Sold | 01/18/18 | J | A | |
| 83. Sector SPDR Trust Shares Ben Int Financial | C | Dividend | J | T | Sold (part) | 01/19/18 | J | C | |
| 84. SPDR S&P 500 ETF Trust SER1 | F | Dividend | L | T | | | | | |
| 85. T. Rowe Price Tax Free High Yield Adv | A | Dividend | L | T | Buy (add'l) | 03/15/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 08/19/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 09/17/18 | J | | |
| 87. | | | | | Sold (part) | 11/16/18 | J | | |
| 88. Victory RS Small Cap Growth | C | Dividend | J | T | | | | | |
| 89. Wells Fargo Special Mid Cap Administration Fund | C | Dividend | K | T | Buy (add'l) | 09/17/18 | J | | |
| 90. | | | | | Sold (part) | 10/16/18 | J | | |
| 91. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 92. Wells Fargo Muni Bond Fund- Administration Class | D | Dividend | M | T | Buy (add'l) | 03/15/18 | K | | |
| 93. | | | | | Buy (add'l) | 08/30/18 | J | | |
| 94. | | | | | Sold (part) | 10/16/18 | J | | |
| 95. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 96. | | | | | Sold (part) | 12/18/18 | J | | |
| 97. | | | | | Sold (part) | 12/20/18 | J | | |
| 98. Wells Fargo Ultra Short Term Muni Income Fund | A | Dividend | | | Sold | 01/18/18 | N | | |
| 99. Janus Henderson Enterprise | A | Dividend | J | T | Sold (part) | 08/30/18 | J | B | |
| 100. | | | | | Buy (add'l) | 09/17/18 | K | | |
| 101. | | | | | Sold (part) | 10/16/18 | K | | |
| 102. | | | | | Buy (add'l) | 11/16/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 08/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 12/18/18 | J | | |
| 104. Flexshares Trust Morningstar Global | | None | K | T | Buy (add'l) | 07/19/18 | J | | |
| 105. | | | | | Sold (part) | 09/18/18 | J | | |
| 106. | | | | | Buy (add'l) | 10/17/18 | K | | |
| 107. | | | | | Sold (part) | 11/19/18 | K | | |
| 108. | | | | | Buy (add'l) | 12/19/18 | K | | |
| 109. IShares Inc. Core MSCI Emerging Markets | A | Dividend | K | T | Buy (add'l) | 08/31/18 | J | | |
| 110. | | | | | Buy (add'l) | 09/18/18 | J | | |
| 111. | | | | | Sold (part) | 10/17/18 | K | | |
| 112. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 113. Fidelity Large Cap Stock | | None | | | Buy | 10/16/18 | K | | |
| 114. | | | | | Sold | 12/12/18 | K | | |
| 115. Fidelity Advisor Mega Cap Stock | | None | K | T | Buy | 12/18/18 | K | | |
| 116. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 117. Fidelity Advisor International Growth CL Z | A | Dividend | | | Buy | 10/16/18 | K | | |
| 118. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 119. | | | | | Sold | 12/18/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 08/19/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Fidelity Growth Company | | None | | | Buy | 09/17/18 | L | | |
| 121. | | | | | Sold | 10/16/18 | K | | |
| 122. | | | | | Buy | 11/16/18 | K | | |
| 123. | | | | | Sold | 12/18/18 | K | | |
| 124. Fidelity Value Discovery | | None | K | T | Buy | 09/17/18 | K | | |
| 125. | | | | | Sold | 10/16/18 | K | | |
| 126. | | | | | Buy | 12/18/18 | K | | |
| 127. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 128. Fidelity Blue Chip Growth | | None | | | Buy | 10/16/18 | L | | |
| 129. | | | | | Sold | 11/16/18 | L | | |
| 130. Strategic Adv Tax Sensitive Short Dura | A | Dividend | N | T | Buy | 01/18/18 | O | | |
| 131. | | | | | Buy (add'l) | 05/11/18 | J | | |
| 132. | | | | | Buy (add'l) | 07/18/18 | L | | |
| 133. | | | | | Buy (add'l) | 08/30/18 | J | | |
| 134. | | | | | Sold (part) | 09/17/18 | N | | |
| 135. | | | | | Sold (part) | 10/16/18 | J | | |
| 136. | | | | | Sold (part) | 11/16/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 08/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 12/18/18 | J | | |
| 138. | | | | | Sold (part) | 12/20/18 | J | | |
| 139. Acadian Emerging Markets Port Invstr | | None | K | T | Buy | 10/16/18 | K | | |
| 140. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 141. LSV Value Equity Fund Investor | | None | | | Buy | 10/16/18 | K | | |
| 142. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 143. | | | | | Sold | 12/18/18 | K | | |
| 144. Artisan Intl Value Fund Inv CL | A | Dividend | K | T | Buy | 12/18/18 | K | | |
| 145. Causeway International Value Investor | A | Dividend | J | T | Buy | 12/18/18 | J | | |
| 146. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 147. Causeway Emerging Markets FD Inv | | None | | | Buy | 09/17/18 | K | | |
| 148. | | | | | Sold | 10/16/18 | K | | |
| 149. Dodge & Cox International Stock Fund | | None | | | Buy | 10/16/18 | K | | |
| 150. | | | | | Sold | 12/18/18 | K | | |
| 151. JP Morgan Mid Cap Value Fund Class I | | None | | | Buy | 10/16/18 | K | | |
| 152. | | | | | Sold | 12/12/18 | K | | |
| 153. Oakmark Fund Investor Class | | None | | | Buy | 09/17/18 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Vyskocil, Mary Kay | 08/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 10/16/18 | L | | |
| 155. IShares Core S&P 500 ETF | A | Dividend | | | Buy | 10/17/18 | J | | |
| 156. | | | | | Buy (add'l) | 11/19/18 | J | | |
| 157. | | | | | Sold | 12/19/18 | J | | |
| 158. IShares MSCI Emerging Markets ETF | A | Dividend | | | Buy | 10/17/18 | K | | |
| 159. | | | | | Sold | 12/21/18 | K | | |
| 160. IShares MSCI EAFE ETF | | None | | | Buy | 09/18/18 | L | | |
| 161. | | | | | Sold | 10/17/18 | L | | |
| 162. | | | | | Buy | 11/19/18 | K | | |
| 163. | | | | | Sold | 12/19/18 | K | | |
| 164. IShares Russell Mid Cap Growth | | None | J | T | Buy | 12/19/18 | J | | |
| 165. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 166. IShares S&P Mid Cap 400 Growth | A | Dividend | | | Buy | 10/17/18 | J | | |
| 167. | | | | | Sold | 12/19/18 | J | | |
| 168. IShares TR S&P Small Cap 600 Growth ETF | A | Dividend | | | Buy | 09/18/18 | J | | |
| 169. | | | | | Sold | 10/17/18 | J | | |
| 170. | | | | | Buy | 11/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 08/19/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 12/19/18 | J | | |
| 172. IShares TR EAFE SML CP ETF | | None | | | Buy | 09/18/18 | J | | |
| 173. | | | | | Sold | 10/17/18 | J | | |
| 174. IShares TR EAFE GRWTH ETF | | None | J | T | Buy | 12/19/18 | J | | |
| 175. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 176. IShares Edge MSCI USA Quality | A | Dividend | | | Buy | 10/17/18 | J | | |
| 177. | | | | | Buy (add'l) | 11/19/18 | J | | |
| 178. | | | | | Sold | 12/19/18 | K | | |
| 179. IShares Edge MSCI USA Value Factor ETF | | None | L | T | Buy | 12/19/18 | L | | |
| 180. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 181. IShares Trust Core MSCI EAFE ETF | | None | L | T | Buy | 10/17/18 | L | | |
| 182. | | | | | Sold | 11/19/18 | L | | |
| 183. | | | | | Buy | 12/19/18 | L | | |
| 184. JP Morgan US LG Cap Core Plus Class I | | None | K | T | Buy | 09/17/18 | L | | |
| 185. | | | | | Sold | 10/16/18 | K | | |
| 186. | | | | | Buy | 12/18/18 | K | | |
| 187. Loomis Sayles Growth CL Y | | None | | | Buy | 10/16/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 08/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. | | | | | Sold | 12/20/18 | K | | |
| 189. Oppenheimer Dev Markets Class I | | None | K | T | Buy | 11/16/18 | K | | |
| 190. T. Rowe Price New Era | | None | | | Buy | 09/17/18 | J | | |
| 191. | | | | | Sold | 10/16/18 | J | | |
| 192. T. Rowe Price International Discovery Fund I CL | | None | | | Buy | 10/16/18 | J | | |
| 193. | | | | | Sold | 12/12/18 | J | | |
| 194. T. Rowe Price Emerging Markets Stock Fund | | None | | | Buy | 09/17/18 | K | | |
| 195. | | | | | Sold | 11/16/18 | K | | |
| 196. SPDR Index SHS FDS S&P Global Nat Res | | None | | | Buy | 11/19/18 | J | | |
| 197. | | | | | Sold | 12/19/18 | J | | |
| 198. Templeton Global Bond Class A | B | Dividend | L | T | Buy | 09/17/18 | K | | |
| 199. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 200. TransAmerica Intl Equity CL I | | None | | | Buy | 09/17/18 | K | | |
| 201. | | | | | Sold | 10/16/18 | K | | |
| 202. Vanguard Index FDS Mid Cap Growth Index | | None | J | T | Buy | 12/19/18 | J | | |
| 203. Victory Munder VRCTY Small Cap Value R6 | | None | | | Buy | 10/16/18 | J | | |
| 204. | | | | | Sold | 11/16/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. MORGAN STANLEY #1 (H) | | | | | | | | | |
| 206. ABBVIE, Inc. | E | Dividend | K | T | | | | | |
| 207. Allstate Corp | D | Dividend | K | T | | | | | |
| 208. Apple | D | Dividend | K | T | | | | | |
| 209. Bank of NY Mellon Corp | C | Dividend | K | T | | | | | |
| 210. Chevron Corp | D | Dividend | K | T | | | | | |
| 211. Costar Group, Inc. | E | Dividend | K | T | Sold (part) | 06/06/18 | J | C | |
| 212. Fedex Corp | | None | | | Sold | 12/27/18 | K | | |
| 213. Home Depot, Inc. | D | Dividend | K | T | | | | | |
| 214. Microsoft, Corp | E | Dividend | L | T | Sold (part) | 06/06/18 | J | C | |
| 215. PVH Corporation | | None | | | Sold | 12/13/18 | K | | |
| 216. Republic Services, Inc. | E | Dividend | K | T | | | | | |
| 217. Starbucks Corporation | C | Dividend | K | T | | | | | |
| 218. Tiffany & Co n/k/a Tiffany & Company New | A | Dividend | | | Sold | 07/16/18 | K | E | |
| 219. Unitedhealth Group, Inc. | E | Dividend | K | T | | | | | |
| 220. Visa, Inc. | E | Dividend | K | T | | | | | |
| 221. Berkshire Hathaway Class B | D | Dividend | K | T | Sold (part) | 06/06/18 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 18 of 27

Name of Person Reporting

Vyskocil, Mary Kay

Date of Report

08/19/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Dunkin Brands Group | | None | | | Sold | 02/12/18 | K | D | |
| 223. Facebook, Inc. | D | Dividend | K | T | | | | | |
| 224. International Paper Co. | | None | | | Sold | 12/27/18 | K | | |
| 225. Hormel Foods Corp | D | Dividend | K | T | | | | | |
| 226. Morgan Stanley Bank, N.A. - Cash Account | A | Interest | K | T | | | | | |
| 227. Adobe Systems | E | Dividend | K | T | Sold (part) | 06/06/18 | J | D | |
| 228. Altria Group, Inc | B | Dividend | | | Buy | 02/12/18 | K | | |
| 229. | | | | | Sold | 12/18/18 | K | | |
| 230. Autonation, Inc | | None | | | Sold | 12/13/18 | K | | |
| 231. Freeport McMoran CL-B | A | Dividend | | | Sold | 05/08/18 | K | D | |
| 232. Intel Corp | D | Dividend | K | T | | | | | |
| 233. Amazon Com, Inc. | | None | K | T | Buy | 11/02/18 | K | | |
| 234. Amgen, Inc. | B | Dividend | K | T | Buy | 12/27/18 | K | | |
| 235. Autozone | | None | K | T | Buy | 12/13/18 | K | | |
| 236. Constellation Brands Inc. CL A | | None | K | T | Buy | 12/13/18 | K | | |
| 237. Nike, Inc. | A | Dividend | K | T | Buy | 12/13/18 | K | | |
| 238. Packing Corp America | B | Dividend | K | T | Buy | 12/27/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. United Continental Holdings, Inc. | B | Dividend | K | T | Buy | 12/27/18 | K | | |
| 240. United Parcel Service, Inc. CL B | B | Dividend | K | T | Buy | 12/27/18 | K | | |
| 241. Biogen, Inc. Com. | | None | | | Buy | 12/13/18 | K | | |
| 242. | | | | | Sold | 12/27/18 | K | | |
| 243. Celgene Corp | | None | | | Buy | 07/16/18 | K | | |
| 244. | | | | | Sold | 12/13/18 | K | | |
| 245. Southwest Airlines | A | Dividend | | | Buy | 05/08/18 | L | | |
| 246. | | | | | Sold | 12/27/18 | K | | |
| 247. SPDR S&P Metals & Mining | A | Dividend | | | Buy | 06/06/18 | K | | |
| 248. | | | | | Sold | 11/02/18 | K | | |
| 249. MORGAN STANLEY #2 (H) | | | | | | | | | |
| 250. Bank of America Corp. | A | Interest | L | T | | | | | |
| 251. JP Morgan Chase Co. | B | Interest | K | T | | | | | |
| 252. Morgan Stanley | B | Interest | K | T | | | | | |
| 253. Wells Fargo & Co. | | None | K | T | | | | | |
| 254. General Motors Co. - Bond | B | Interest | | | Sold | 10/02/18 | K | | |
| 255. Goldman Sachs Group - Bond | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 08/19/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. HCA, Inc. | B | Interest | | | Sold | 09/10/18 | L | | |
| 257. Hewlett-Packard - Bond | B | Interest | L | T | | | | | |
| 258. JP Morgan Chase CD | B | Interest | L | T | | | | | |
| 259. Microsoft Corp. - Bond | B | Interest | L | T | | | | | |
| 260. Morgan Stanley Bank, N.A. - Cash Account | A | Interest | M | T | | | | | |
| 261. Morgan Stanley Private Bank, N.A. - Cash Account | A | Interest | M | T | | | | | |
| 262. SL Green Realty Co. - Bond | B | Interest | | | Sold | 08/15/18 | K | | |
| 263. United Technologies - Bond | A | Interest | | | Sold | 05/04/18 | K | | |
| 264. Ally Financial, Inc. - Bond | A | Interest | | | Sold | 02/13/18 | K | | |
| 265. American Airlines Group - Bond | C | Interest | L | T | | | | | |
| 266. General Motors Financial Co. - Bond | A | Interest | K | T | | | | | |
| 267. Conagra Foods, Inc. - Bond | A | Interest | K | T | | | | | |
| 268. Newell Rubermaid, Inc. - Bond | A | Interest | K | T | | | | | |
| 269. Nucor Corp - Bond | B | Interest | L | T | | | | | |
| 270. Diamond 1 Finance Corp. - Bond n/k/a Dell, International, LLC - Bond | | None | L | T | | | | | |
| 271. Freeport-McMoran C & G - Bond | B | Interest | K | T | | | | | |
| 272. Brinker International, Inc - Bond | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. Kinder Morgan Energy Partners, LP - Bond | A | Interest | K | T | | | | | |
| 274. Cincinnati Bell, Inc - Bond | | None | K | T | | | | | |
| 275. American Axle & MFG, Inc - Bond | | None | K | T | | | | | |
| 276. Energy Transfer Partners, LP - Bond | | None | L | T | Buy (add'l) | 03/19/18 | K | | |
| 277. Springleaf Finance Corp - Bond | | None | K | T | Buy | 03/09/18 | L | | |
| 278. MERRILL LYNCH (H) | | | | | | | | | |
| 279. Blackstone Group, L.P. | D | Dividend | M | T | | | | | |
| 280. PJT Partners, Inc. | C | Dividend | J | T | | | | | |
| 281. Global Crossing | | None | J | W | | | | | |
| 282. Asia Global Crossing | | None | J | W | | | | | |
| 283. Merrill Lynch - Cash Accounts | | None | L | T | | | | | |
| 284. JP MORGAN CHASE BANK - IRA (H) | | | | | | | | | |
| 285. Primecap Odyssey Stock Fund | | None | | | Buy (add'l) | 08/01/18 | J | | |
| 286. | | | | | Sold | 10/22/18 | K | C | |
| 287. Diamond Hill Large Cap Fund | | None | | | Sold (part) | 08/23/18 | J | A | |
| 288. | | | | | Sold | 10/22/18 | K | B | |
| 289. Vulcan Value Partners Fund | | None | | | Sold (part) | 08/23/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 08/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold | 10/22/18 | K | C | |
| 291. AMG Managers Picket INTL Fund | | None | K | T | Buy (add'l) | 08/01/18 | J | | |
| 292. | | | | | Sold (part) | 10/22/18 | J | | |
| 293. Artisan International Fund | B | Dividend | K | T | Sold (part) | 10/22/18 | K | B | |
| 294. Causeway International Value Fund | A | Dividend | K | T | Buy (add'l) | 08/01/18 | J | | |
| 295. | | | | | Sold (part) | 10/22/18 | J | | |
| 296. Brown Adv Japan Alpha Opportunity Fund | | None | | | Sold | 07/20/18 | J | A | |
| 297. IShares MSCI Dev | A | Dividend | | | Sold | 07/12/18 | L | D | |
| 298. Cash - JP Morgan Chase Bank, NA | A | Interest | K | T | | | | | |
| 299. Dodge & Cox Income Fund | | None | L | T | Buy (add'l) | 01/31/18 | J | | |
| 300. | | | | | Sold (part) | 12/14/18 | K | | |
| 301. Metropolitan West Fund | | None | K | T | Buy (add'l) | 08/01/18 | J | | |
| 302. Vanguard Total Bond Market Index Fund | B | Dividend | M | T | Buy (add'l) | 01/11/18 | L | | |
| 303. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 304. | | | | | Buy (add'l) | 10/03/18 | K | | |
| 305. Lord Abbett Short Duration, Inc | A | Dividend | K | T | Sold (part) | 03/15/18 | J | | |
| 306. | | | | | Sold (part) | 12/14/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 08/19/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. PIMCO Fund PAC Inv MGMT Series High Yield Fund | A | Dividend | K | T | Sold (part) | 01/30/18 | J | A | |
| 308. | | | | | Sold (part) | 02/15/18 | K | A | |
| 309. Vanguard Short Term Tips | | None | | | Sold (part) | 01/11/18 | J | | |
| 310. | | | | | Sold (part) | 01/30/18 | K | | |
| 311. | | | | | Sold | 01/30/18 | J | | |
| 312. T. Rowe Price Emerging Markets Bond Fund | B | Dividend | | | Sold (part) | 02/14/18 | K | | |
| 313. | | | | | Sold | 11/30/18 | J | | |
| 314. Fidelity 500 Index FD-AI | | None | O | T | Buy (add'l) | 01/08/18 | J | | |
| 315. | | | | | Buy (add'l) | 02/09/18 | K | | |
| 316. | | | | | Buy (add'l) | 02/15/18 | K | | |
| 317. | | | | | Buy (add'l) | 07/12/18 | K | | |
| 318. | | | | | Buy (add'l) | 10/22/18 | L | | |
| 319. | | | | | Buy (add'l) | 10/30/18 | J | | |
| 320. IShares MSCI EAFEINTIL Index Fd | B | Dividend | L | T | Sold (part) | 06/11/18 | K | A | |
| 321. | | | | | Sold (part) | 08/17/18 | L | B | |
| 322. Vanguard Total Intl Bond-Adm | B | Dividend | L | T | Sold (part) | 01/11/18 | K | | |
| 323. | | | | | Sold (part) | 02/14/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 08/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. IShares Inc MSCI Japan New | | None | K | T | Buy | 01/11/18 | J | | |
| 325. | | | | | Buy (add'l) | 01/11/18 | J | | |
| 326. | | | | | Buy (add'l) | 07/23/18 | K | | |
| 327. Pimco Short Term FD Instl | A | Dividend | K | T | Buy | 01/10/18 | K | | |
| 328. | | | | | Sold (part) | 02/09/18 | J | A | |
| 329. | | | | | Buy (add'l) | 03/05/18 | J | | |
| 330. | | | | | Buy (add'l) | 06/12/18 | K | | |
| 331. Pimco Investment Grade Corporate | A | Dividend | L | T | Buy | 01/31/18 | K | | |
| 332. | | | | | Buy (add'l) | 02/21/18 | K | | |
| 333. | | | | | Buy (add'l) | 03/16/18 | K | | |
| 334. Pimco Income FD-Ins | A | Dividend | K | T | Buy | 01/10/18 | K | | |
| 335. IShares Barclays Tips Bond Fund | | None | K | T | Buy | 02/01/18 | K | | |
| 336. | | | | | Sold (part) | 03/15/18 | K | | |
| 337. MFS Emerging Markets Debt FD R6 | A | Dividend | K | T | Buy | 11/30/18 | K | | |
| 338. IShares MSCI Canada ETF | | None | J | T | Buy | 08/20/18 | K | | |
| 339. IShares Core MSCI Europe | | None | K | T | Buy | 07/13/18 | K | | |
| 340. | | | | | Buy (add'l) | 08/20/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 08/19/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. IShares MSCI Pacific Ex-Japan | | None | J | T | Buy | 08/20/18 | K | | |
| 342. Cash - JP Morgan IRA R/O | A | Interest | J | T | | | | | |
| 343. Vanguard Short-Term Bond ETF | A | Dividend | K | T | Buy | 06/12/18 | K | | |
| 344. | | | | | Buy (add'l) | 06/14/18 | J | | |
| 345. | | | | | Sold | 10/03/18 | K | | |
| 346. | | | | | Buy | 12/17/18 | K | | |
| 347. | | | | | Buy (add'l) | 12/17/18 | K | | |
| 348. | | | | | Sold (part) | 12/31/18 | J | A | |
| 349. | | | | | Sold (part) | 12/31/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 08/19/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Mary Kay Vyskocil**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544